IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Arthur Richardson,

    Petitioner(s),

vs.

Robin Knab,

    Respondent(s).

Case Number: 1:10cv620

Chief Judge Susan J. Dlott

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Michael R. Merz. Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on September 21, 2011 a Report and Recommendation (Doc. 16). Subsequently, the petitioner filed objections to such Report and Recommendation (Doc. 20).

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendations should be adopted.

Accordingly, the petition is **DISMISSED** with prejudice. Reasonable jurists will not disagree with the conclusion. Mr. Richardson is **DENIED** any request for a certificate of appealability and is **DENIED** leave to appeal *in forma pauperis*.

IT IS SO ORDERED.

                                                                _____s/Susan J. Dlott_____
                                                                 Chief Judge Susan J. Dlott
                                                                 United States District Court